1

2

3     *E-filed on*:   4/29/08

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                          SAN JOSE DIVISION

10

11    WILLIAM B. BURLEIGH                    No. C-07-02332 RMW

12              Plaintiff,

13         v.                                ORDER DENYING PLAINTIFF'S MOTION
                                             FOR LEAVE TO AMEND TO ADD
14    COUNTY OF MONTEREY, A Public Entity,   ADDITIONAL DEFENDANTS
      and DOES 1 to 20
15                                           **[Re Docket No. 71]**
              Defendants.
16

17

18

19         Plaintiff seeks leave to amend the complaint in the instant action to add several new

20    defendants.  Specifically, Plaintiff seeks to add Scott Hennessey, Alana Knaster, Bill Dunn, Jeff

21    Marin, Lautaru Echiburu, John Floyd, Mike Novo, Irven Grant, Frank Tiesen, Wendy Strimling,

22    Shandell Brunk, and Dale Ellis as defendants to the instant action.  However, Plaintiff has not

23    included with his motion a pleading setting out the allegations he wishes to make against these

24    proposed defendants.  Although leave to amend is freely given when justice applies under Federal R.

25    Civ. Pro. 15(a), the Court cannot evaluate the propriety of adding these defendants to the instant

26    action without an opportunity to review the allegations Plaintiff wishes to make against them.

27    Accordingly, the motion for leave to amend to add additional defendants is DENIED without

28    prejudice to Plaintiff filing a new motion along with an amended pleading setting forth the

ORDER DENYING  PLAINTIFF'S MOTION FOR LEAVE TO ADD ADDITIONAL DEFENDANTS — No. C-07-02332 RMW
JSS

1    allegations Plaintiff seeks to make against the defendants he proposes to add.

2

3

4    DATED:       4/29/08                           *Ronald M Whyte*
                                                    RONALD M. WHYTE
5                                                   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   **A copy of this order was delivered to:**

2   **Plaintiff (pro se):**

3   William Burleigh
    P.O. Box 503
4   Big Sur, CA 93920

5

    **Counsel for Defendants:**
6
    Frank G. Tiesen            tiesenf@co.monterey.ca.us
7

8

9   Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

10
    DATED:    4/29/08                          /s/ JSS
11                                          Chambers of Judge Whyte

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DENYING  PLAINTIFF'S MOTION FOR LEAVE TO ADD ADDITIONAL DEFENDANTS — No. C-07-02332 RMW
JSS                                    3