**E-filed on**: 4/9/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM B. BURLEIGH<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF MONTEREY, A Public Entity, and DOES 1 to 20<br><br>        Defendants. | No. C-07-02332 RMW<br><br>JUDGMENT |

On April 9, 2009, the court granted summary judgment in favor of defendant County of Monterey on plaintiff's two remaining causes of action. Therefore,

IT IS HEREBY ordered that plaintiff take nothing by way of his complaint and that judgment be entered in favor of defendants.

DATED:    4/9/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

1

**Notice of this document has been electronically sent to:**

**Counsel for Defendants:**

| | |
|---|---|
| Frank G. Tiesen | tiesenf@co.monterey.ca.us |
| Kathryn Reimann | reimannk@co.monterey.ca.us |

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

**A copy of this order has been mailed to:**

**Plaintiff (pro se):**

William Burleigh
1 Paso Hondo
Carmel Valley, CA 93924

DATED:     4/9/09                                         TER
                                                  Chambers of Judge Whyte

2